

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) ) | Criminal No. 3:20-CR-002-HEH |
| | ) ) | 18 U.S.C. § 922(g)(1) Possession of a Firearm by a Convicted Felon |
| v. | ) ) ) | (Count One) |
| LARRY BARNES, JR., | ) ) ) ) | 21 U.S.C. 841(a)(1) and (b)(1)(A) Possess With Intent to Distribute 1 Kilogram or More of Heroin |
| Defendant. | ) ) | (Count Two) |
| | ) ) ) ) ) | 21 U.S.C. 841(a)(1) and (b)(1)(B) Possess With Intent to Distribute 500 grams or More of Cocaine (Count Three) |
| | ) ) | Forfeiture Notice |

## SUPERSEDING INDICTMENT

### FEBRUARY 2020 TERM - At Richmond, Virginia

THE GRAND JURY CHARGES THAT:

### COUNT ONE
(Possession of Firearm by Convicted Felon)

On or about December 9, 2019, in the Eastern District of Virginia and within the jurisdiction of this Court, the defendant, LARRY BARNES, JR., knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit: a Sig Sauer, Model SP2340, .357 caliber pistol, serial number SP0013812, which had been shipped and transported in interstate and foreign commerce.

(In violation of Title 18, United States Code, Section 922(g)(1).)

## COUNT TWO
(Possess With Intent to Distribute 1 Kilogram or More of Heroin)

On or about December 9, 2019, in the Eastern District of Virginia, and within the jurisdiction of this Court, the defendant, LARRY BARNES, JR., did knowingly, intentionally, and unlawfully possess with the intent to distribute 1 kilogram or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

(In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)).

## COUNT THREE
(Possess With Intent to Distribute 500 Grams or More of Cocaine)

On or about December 9, 2019, in the Eastern District of Virginia, and within the jurisdiction of this Court, the defendant, LARRY BARNES, JR., did knowingly, intentionally, and unlawfully possess with the intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)).

## FORFEITURE ALLEGATION

Pursuant to Rule 32.2(a) Fed. R. Crim. P., the defendant is hereby notified that if convicted of any of the offenses charged in this Superseding Indictment, the defendant shall forfeit any firearm or ammunition involved in or used in any knowing violation of the offense, or any violation of any other criminal law of the United States.

Property subject to forfeiture includes, but is not limited to:

a Sig Sauer, Model SP2340, .357 caliber pistol, serial number SP0013812;

and, any and all accompanying ammunition.

The defendant is further notified that upon conviction of the offenses alleged in Counts Two and Three of this Superseding Indictment, the defendant shall forfeit any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offenses.

(In accordance with Title 18, United States Code, Section 924(d), incorporated by Title 28, United States Code, Section 2461(c), and Title 21, United States Code, Section 853.)

A TRUE BILL

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office

FOREPERSON

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

By: _____
Stephen E. Anthony
Assistant United States Attorney

3