# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Richmond Division

**UNITED STATES OF AMERICA**

**v.**          **Case No. 3:20CR00002**

**LARRY BARNES, JR.,**          **Defendant.**

## MOTION FOR FURLOUGH

Comes now the defendant, Larry Barnes, Jr., by counsel, and requests that the court grant him an eight (8) hr. Furlough so that he can travel from Northern Neck Regional Jail to Richmond, Virginia to view the body of his father Larry Barnes, Sr., who died on September 19, 2020. If the Furlough is granted, Mr. Barnes will be picked up by his wife, *Danielle Barnes*, and taken directly to *Scott's Funeral Home* so that Larry Barnes, Jr. can view the remains of his father and pay his final respects. The Funeral is scheduled for September 29, 2020 at 12:30 PM at Fresh Anointing Church, 3001 2nd Ave., Richmond, Virginia.

Mr. Barnes is fully aware of the consequences if he fails to return to the Northern Neck Jail as required by the Court. We pray that the court grants this requests for Furlough and appreciate your time and consideration in this matter.

LARRY BARNES, JR.

By /s/ John B. Mann
Counsel

1

John B. Mann (VSB 09108)
Counsel for Larry Barnes, Jr.
John B. Mann, P.C.
4124 E. Parham Road
Henrico, VA 23228
804-673-6600 - Telephone
804-673-6604 - Facsimile
john@cwkllp.com

## CERTIFICATE

I certify that on Septmeber 24, 2020, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing to:

Stephen E. Anthony, Esquire       stephen.e.anthony@usdoj.gov
Office of the U.S. Attorney

/s/ John B. Mann
John B. Mann

John B. Mann (VSB 09108)
Counsel for Larry Barnes, Jr.
John B. Mann, P.C.
4124 E. Parham Road
Henrico, VA 23228
(804) 673-6600 - Telephone
(804) 673-6604 - Facsimile
John@cwkllp.com